**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrew N. Milsap, | No. CV 04-1454-PHX-RGS |
| Plaintiff, | **ORDER** |
| vs. | |
| The Travelers Insurance Company, et al., | |
| Defendant. | |

Pending before the Court are Defendant The Travelers Insurance Company's ("Travelers'") Motion to Dismiss [Doc. # 29] and Motion for Summary Disposition [Doc. # 30]. For reasons discussed below, the Court will grant both motions.

On July 16, 2004, *pro se* Plaintiff Andrew N. Milsap filed a complaint against Defendants the Arizona Republic and its insurance carrier, Travelers, alleging claims of discrimination and personal injury. On September 9, 2004, service was executed upon the Arizona Republic but was service was returned unexecuted upon Travelers. [Doc. # 4,5] On September 20, 2004, Defendants' counsel filed a Motion to Dismiss with respect to the Arizona Republic. [Doc. # 6]

Thereafter, on December 14, 2004, Travelers waived service of summons and complaint. [Doc. # 17] Following the completion of briefing on the Motion to Dismiss, oral argument was held on January 11, 2005. [Doc. # 18] On January 14, 2005, the Court granted the Motion to Dismiss the action with respect to the Arizona Republic, effective 90

days from the date of the filing of the order unless prior thereto, Plaintiff filed an appropriate amended complaint curing certain jurisdictional defects asserted by the Defendant. [Doc. # 19]

On April 8, 2005, Plaintiff filed a Motion to Amend Complaint. [Doc. # 22] Thereafter, the Arizona Republic filed a Response [Doc. # 23], and Plaintiff filed a Reply [Doc. # 24]. On October 27, 2005, the Arizona Republic filed a Motion to Enforce Court Order, asking the Court to enforce its January 14, 2005 Order and grant the Republic's Motion to Dismiss because Plaintiff had not cured the jurisdictional deficiencies in the case.

On February 24, 2006, the Court denied Plaintiff's Motion to Amend, granted the Republic's Motion to Enforce Court Order, and granted the Republic's Motion to Dismiss Defendant The Arizona Republic. [Doc. # 26]

On October 3, 2006, the Court held a hearing regarding Defendant Travelers' status with respect to the case. At said hearing, the Court ordered Travelers to file an Answer or responsive pleading within two weeks of the hearing. Accordingly, on October 17, 2006, Travelers filed a Motion to Dismiss, arguing that the Court lacked jurisdiction and that Plaintiff failed to state a claim upon which relief could be granted. After Plaintiff failed to file a responsive pleading within the applicable time, Travelers filed a Motion for Summary Disposition of Defendant's Motion to Dismiss.

In light of Plaintiff's failure to respond to Travelers' Motion to Dismiss or otherwise prosecute this matter against Travelers, Travelers is entitled to summary disposition of its Motion to Dismiss. In addition, the Court has reviewed said motion on the merits and finds that Travelers is entitled to dismissal as a matter of law. Accordingly,

**IT IS ORDERED** granting Travelers' Motion for Summary Disposition. [Doc. # 30]

**IT IS FURTHER ORDERED** granting Travelers' Motion to Dismiss. [Doc. # 29]

DATED this 19th day of December, 2006.

_____
Roger G. Strand
Senior United States District Judge